■ NORBERT ROESLER et al., as Trustees, Appellants, v. H. CHRISTIAN SONNE, Individually and as Trustee, Respondent.— Order entered on December 14, 1960, denying plaintiffs' motion for interlocutory summary judgment in the second cause of action, unanimously affirmed, with $20 costs and disbursements

to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bastow, JJ.